cerasia law llc
employment lawyers

Edward Cerasia II
646.525.4231
ed@cdemploymentlaw.com

March 12, 2025

**BY ECF**

The Honorable Robert M. Levy
United States Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Berenson v. Offbeat Ventures, LLC*, et ano., 22-CV-6454 (RPK-RML)

Dear Judge Levy:

    Our firm represents plaintiff Alexandra Berenson in this case. We write on behalf of the parties to inform Your Honor that the parties agreed to settle this case. We expect to file a stipulation of dismissal with prejudice within the next 40 days. We thank Your Honor for your time and attention to this matter.

    Respectfully submitted,

    CERASIA LAW LLC

    *Edward Cerasia II*

    Edward Cerasia II

cc:    All Counsel of Record (By ECF)